UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DOMINIC SCOTT,**

           Plaintiff,                    Case  No. 19-cv-12095

**v.**

                                    Hon. Laurie J. Michelson

**DEPENDABLE CLEANING CARPET**
**AND UPHOLSTERY CO.,**
and **JAMES H. TREMP,**

           Defendants.

| **GOLD STAR LAW, P.C.** | **KELLY LAW FIRM** |
|---|---|
| **Caitlin E. Malhiot (P76606)** | **David A. Keyes (P43917)** |
| **David A. Hardesty (38609)** | **Charles G. Kelly (P25282)** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Dr., Ste. 400 | 627 Fort Street |
| Troy, Michigan 48084 | Port Huron, Michigan 48060 |
| (248) 275-5200 | (810) 987-4111 |
| *cmalhiot@goldstarlaw.com* | *dkeyes@porthuronlaw.com* |
| *dhardesty@goldstarlaw.com* | *cgkelly@porthuronlaw.com* |

## NOTICE OF CASE SETTLEMENT

The parties have reached a settlement in this matter. The scheduling conference set for Tuesday, October 1, 2019 at 9:30 am should be cancelled.

| | |
|---|---|
| **GOLD STAR LAW, P.C.** | **KELLY LAW FIRM** |
| */s/Caitlin E. Malhiot* | */s/David A. Keyes (w/ consent)* |
| **Caitlin E. Malhiot (P76606)** | **David A. Keyes (P43917)** |
| **David A. Hardesty (38609)** | **Charles G. Kelly (P25282)** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Dr., Ste. 400 | 627 Fort Street |
| Troy, Michigan 48084 | Port Huron, Michigan 48060 |
| (248) 275-5200 | (810) 987-4111 |
| *cmalhiot@goldstarlaw.com* | *dkeyes@porthuronlaw.com* |
| *dhardesty@goldstarlaw.com* | *cgkelly@porthuronlaw.com* |

Date: September 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel registered electronically.

/s/ *Ashley Zabinski*
Ashley Zabinski
**GOLD STAR LAW, P.C.**