UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC SCOTT,

    Plaintiff,

v.

DEPENDABLE CLEANING CARPET
AND UPHOLSTERY CO., and
JAMES H. TREMP,

    Defendants.

Case No. 2:19-cv-12095-LJM-MKM
Hon. Laurie J. Michelson

| GOLD STAR LAW, P.C. | KELLY LAW FIRM |
|---|---|
| CAITLIN E. MALHIOT (P76606) | DAVID A. KEYES (P43917) |
| DAVID A. HARDESTY (P38609) | CHARLES G. KELLY (P25282) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Dr., Ste. 400 | 627 Fort Street |
| Troy, Michigan 48084 | Port Huron, Michigan 48060 |
| (248) 275-5200 | (810) 987-4111 |
| cmalhiot@goldstarlaw.com | dkeyes@porthuronlaw.com |
| dhardesty@goldstarlaw.com | cgkelly@porthuronlaw.com |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and Defendants that the above-entitled cause of action be dismissed with prejudice and without costs.

| GOLD STAR LAW, P.C. | KELLY LAW FIRM |
|---|---|
| /s/ Caitlin E. Malhiot | */s/ David A Keyes (w/ consent)* |
| Caitlin E. Malhiot (P76606) | David A. Keyes (P43917) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: January 17, 2020 | Dated: January 17, 2020 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC SCOTT,

    Plaintiff,

v.

DEPENDABLE CLEANING CARPET
AND UPHOLSTERY CO., and
JAMES H. TREMP,

    Defendants.

Case No. 2:19-cv-12095-LJM-MKM
Hon. Laurie J. Michelson

| GOLD STAR LAW, P.C. | KELLY LAW FIRM |
|---|---|
| CAITLIN E. MALHIOT (P76606) | DAVID A. KEYES (P43917) |
| DAVID A. HARDESTY (P38609) | CHARLES G. KELLY (P25282) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Dr., Ste. 400 | 627 Fort Street |
| Troy, Michigan 48084 | Port Huron, Michigan 48060 |
| (248) 275-5200 | (810) 987-4111 |
| cmalhiot@goldstarlaw.com | dkeyes@porthuronlaw.com |
| dhardesty@goldstarlaw.com | cgkelly@porthuronlaw.com |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon reading and filing of the above Stipulation, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action against Defendants be and the same is hereby dismissed with prejudice and without costs.

SO ORDERED.

Dated: January 21, 2020

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE